UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JENNIFER JOHNSON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ERNEST HEALTH INC.,<br><br>    Defendant. | No. 5:24-CV-105-H |

### ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 4. Because the defendant has not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

So ordered on July 8, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE